United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DIANE EKEMBE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-225 |
| | § | |
| WARDEN ORLANDO PEREZ *et al.* | § | |

## ORDER

Before the Court are Petitioner's Objections to Her Conditions of Release (*see* Dkt. No. 26). Per the Court's order, Petitioner was released from ICE's custody on December 19, 2025 (*see* Dkt. Nos. 24 at 12; 25 at 2, ¶ 5). The Government imposed various conditions of her release, including that she "enroll and participate in an Alternatives to Detention ("ATD") program with GPS ankle monitoring," "register in a substance abuse program within 14 days" and "register in a sexual deviancy counseling program within 14 days" (Dkt. No. 25 at 2, ¶ 6). Petitioner objects to these conditions as unsubstantiated and lacking an indivudalized assessment to Petitioner's characteristics (Dkt. No. 26 at 1–2).

Petitioner advised "the Government's counsel indicated that ICE would issue a new OSUP that removes several conditions, including the second and third items discussed in Petitioner's objections herein, but would not remove the ATD program with GPS ankle monitoring" (Dkt. No. 26 at 4). However, twenty days have now elapsed, and neither party has offered further guidance on this issue. Accordingly, Respondents are **ORDERED** to file a response to Petitioner's objections (Dkt. No. 26), no later than **January 20, 2026**. Respondents **must** address: (1) whether the Court has jurisdiction to modify Petitioner's conditions of release; (2) relevant authority for the GPS ankle monitoring; (3) whether Petitioner's substance abuse and sexual deviancy conditions

1

2

were made with an individualized assessment, or whether they were entered in error; and (4) if Petitioner's substance abuse and sexual deviancy conditions were purposeful, relevant authority for such. If Petitioner wishes, she may file a reply to Respondents' response, no later than **January 23, 2026**. Alternatively, if the parties have already resolved these matters, they may file a joint advisory no later than **January 20, 2026**.

It is so **ORDERED**.

**SIGNED** January 12, 2026.

                                              Marina Garcia Marmolejo
                                              United States District Judge